El Pueblo *v.* Subirana, Hijo.

Apelación procedente de la Corte de Distrito de Ponce.

Moción del Fiscal desistiendo de la apelación.

No. 491.—Resuelto en diciembre 20, 1912.

Desistida la apelación a instancia del Fiscal.

Abogado de El Pueblo: *Sr. Charles E. Foote, Fiscal.*

La parte apelada no compareció.

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Aldrey; juez disidente: Sr. MacLeary.

VOTO PARTICULAR DEL JUEZ ASOCIADO SEÑOR MACLEARY.

El escrito de desistimiento presentado por el Fiscal en esta causa es enteramente igual al del caso anterior y las mismas observaciones preliminares serán aplicables a este

caso como al otro, no siendo necesario que indiquemos nueva-
mente cuál es el método adecuado que debe seguir el Fiscal al
hacer dicha moción y la corte al resolverlas.

En este caso se presentó una acusación en la que se im-
putaba al acusado la comisión de un delito de seducción.
La corte inferior instruyó al jurado que emitiera un veredicto
de absolución, porque, según se alegó, el Fiscal no había
probado que la mujer perjudicada fuera soltera.  Se citan
casos de California en apoyo de esta instrucción.  Pero el
juez sentenciador admite que no tomó en consideración el
caso de *El Pueblo de Puerto Rico* v. *Martínez,* que se encuen-
tra anotado en el tomo 13, D. P. R., 248, y que si se le
hubiera hecho alguna referencia a dicho caso lo hubiera
seguido y declarado que incumbía a la defensa probar que la
mujer perjudicada era casada.  Parece que era demasiado
tarde cuando tuvo conocimiento de la sentencia dictada en
dicho caso.  Si el Fiscal de este tribunal hubiera leído estos
autos cuidadosamente, evidentemente que no hubiera presen-
tado ningún escrito de desistimiento en esta apelación, ni
siquiera haber solicitado de la corte que lo tuviera como tal.
El error es manifiesto y debe revocarse la sentencia y remitirse
el caso para la celebración de un nuevo juicio, como clara-
mente lo anticipa el juez sentenciador.

Permitir que se dicte por este tribunal una orden de
desistimiento en este caso, es fomentar, o por lo menos, san-
cionar una mala aplicación de la justicia.